PAUL W. REIDL (State Bar No. 155221)
Law Office of Paul W. Reidl
Second Floor
241 Eagle Trace Drive
Half Moon Bay, CA 94019
(650) 560-8530
paul@reidllaw.com

Attorney for Plaintiff
CENTRAL GARDEN AND PET COMPANY

ROBERT A. WEIKERT (State Bar No. 121146)
Nixon Peabody LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111
(415) 984-8200
rweikert@nixonpeabody.com

Attorney for Defendant
WEGMAN'S FOOD MARKETS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CENTRAL GARDEN & PET COMPANY**,

a Delaware Corporation,

Plaintiff,

v.

**WEGMAN'S FOOD MARKETS, INC.**,

a New York Corporation,

Defendant.

Case No. CV 15-00627 VC

**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES (Civil L.R. 6-2(a)); DECLARATION OF ROBERT A. WEIKERT IN SUPPORT THEREOF**

| | |
|---|---|
| Complaint filed: | February 10, 2015 |
| Complaint served: | March 27, 2015 |
| Response due: | April 17, 2015 |
| Response due by stipulation: | May 18, 2015 |

Plaintiff CENTRAL GARDEN & PET COMPANY and Defendant WEGMAN'S FOOD MARKETS, INC. (collectively, the "Parties") respectfully submit this stipulation and proposed order in support of their request to continue the Initial Case Management Conference, presently set for May

12, 2015, and all related dates, by thirty (30) days in order to permit the Parties to complete their settlement discussions and hopefully resolve this matter.

WHEREAS, the initial Complaint in this matter was filed on February 10, 2015, and served on March 27, 2015;

WHEREAS, the parties have stipulated to a thirty (30) day extension of time for Defendant to answer or otherwise respond to the Complaint pursuant to Civil Local Rule 6-1(a); that stipulation was filed with the Court on April 16, 2015; the new response date is Monday, May 18, 2015, which is after the date of the Initial Case Management Conference as currently scheduled;

WHEREAS, as set forth below in the Declaration of Robert A. Weikert, the Parties are presently engaged in settlement discussions (and have been since the case was filed in February), and hope to arrive at an informal resolution of this matter shortly; and

WHEREAS, in light of the active settlement discussions, the Parties would like to avoid the expense of meeting and conferring regarding the initial disclosures, preparing and serving the initial disclosures, preparing and filing the Federal Rule of Civil Procedure 26(f) Report, and appearing at the Initial Case Management Conference;

THEREFORE, the Parties hereby stipulate to, and respectfully request, the issuance of an Order from the Court continuing for thirty (30) days the May 12, 2015 date of the Initial Case Management Conference, as well as all related dates as set forth in the Court's February 11, 2015

///

///

///

///

///

///

///

///

///

///

Order Setting Initial Case Management Conference and ADR Deadlines, in order to give the Parties an opportunity to complete their settlement discussions and hopefully reach an informal resolution of this matter.

Respectfully submitted,

Dated: April 20, 2015

LAW OFFICE OF PAUL W. REIDL

By */s/ Paul W. Reidl*
Paul W. Reidl

Attorneys for Plaintiff
CENTRAL GARDEN & PET COMPANY

Dated: April 20, 2015

NIXON PEABODY LLP

By */s/ Robert A. Weikert*
Robert A. Weikert

Attorney for Defendant
WEGMAN'S FOOD MARKETS, INC.

**DECLARATION OF ROBERT A. WEIKERT**

1. I am an attorney at law duly admitted to practice before all courts in the State of California, and a partner at Nixon Peabody LLP, attorney for Defendant Wegman's Food Markets, Inc. I have personal knowledge of the matters testified to herein.

2. The parties, through their principals, are currently involved in active discussions to informally resolve this matter. Those discussions began shortly after the Complaint was filed in February 2015, which is why there was some delay in service of the Complaint. In order to allow the Parties sufficient time to complete their discussions, and without them having to incur additional fees and expenses in the interim, it would assist the process if the Court would continue the Initial Case Management Conference date by thirty (30) days, as well as the other dates set forth in the Court's

February 11, 2015 Order Setting Initial case Management Conference and ADR Deadlines. A proposed Order to that effect is set forth below.

3. The only other time modification that has occurred to date in the case is the April 16, 2015 Stipulation extending the time for Defendant to respond to the Complaint by no more than thirty (30) days.

4. The Parties do not believe that the thirty (30) day continuance that is the subject of the present Stipulation and [Proposed] Order will have any material or other impact on the schedule for the case. Indeed, the case is in its infancy and Defendant has not yet responded to the Complaint. Moreover, the requested continuance is necessary because without it Defendant's response to the Complaint is now due after the date of the Initial Case Management Conference. From a general case administration standpoint, it makes far more sense for the Parties to discuss their respective initial disclosures and the subjects set forth in Federal Rules of Civil Procedure 16 and 26, as well as the Court's February 11, 2015 Order, after Defendant has responded to the Complaint and not before then.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed this 20th day of April 2015 in San Francisco, California.

*__________/s/ Robert A. Weikert_________*
Robert A. Weikert

**ORDER**

Based on the foregoing stipulation and supporting declaration, IT IS HEREBY ORDERED that the Initial Case Management Conference is continued from 10:00 AM on May 12, 2015 to 10:00 AM on June 16, 2015, and the other deadlines set forth in the Court's February 11, 2015 Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly and for the same period of time.

Dated: April 22, 2015

______________________________
Vince Chhabria
United States District Court Judge