1  PAUL W. REIDL (State Bar No. 155221)
   Law Office of Paul W. Reidl
2  Second Floor
   241 Eagle Trace Drive
3  Half Moon Bay, CA 94019
   (650) 560-8530
4  paul@reidllaw.com

5  Attorney for Plaintiff
   CENTRAL GARDEN AND PET COMPANY
6
   ROBERT A. WEIKERT (State Bar No. 121146)
7  Nixon Peabody LLP
   One Embarcadero Center, Suite 1800
8  San Francisco, CA 94111
   (415) 984-8200
9  rweikert@nixonpeabody.com

10 Attorney for Defendant
   WEGMAN'S FOOD MARKETS, INC.
11

12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16 | **CENTRAL GARDEN & PET COMPANY**, | Case No.  CV 15-00627 VC
17 | a Delaware Corporation, | **STIPULATION AND [PROPOSED] ORDER FURTHER (1) EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; AND (2) CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES (Civil L.R. 6-2(a)); DECLARATION OF ROBERT A. WEIKERT IN SUPPORT THEREOF**
18 | Plaintiff,
19 |  v.
20 | **WEGMAN'S FOOD MARKETS, INC.,**
21 | a New York Corporation, | AS MODIFIED
   | | Complaint filed:          February 10, 2015
22 | Defendant. | Complaint served:      March 27, 2015
   | | Response due:           April 17, 2015
23 | | Response due by
   | | stipulation:               May 18, 2015
24
25

26         Plaintiff CENTRAL GARDEN & PET COMPANY and Defendant WEGMAN'S FOOD

27 MARKETS, INC. (collectively, the "Parties") respectfully submit this second stipulation and

28 proposed order in support of their request to further extend (for thirty (30) days) the time for

                                         -1-

STIPULATION AND [PROPOSED] ORDER

1   Defendant to respond to the Complaint, and to further continue the Initial Case Management

2   Conference, presently set for June 19, 2015, and all related dates, by an additional thirty (30) days in

3   order to permit the Parties to complete their settlement discussions and hopefully resolve this matter.

4          WHEREAS, the initial Complaint in this matter was filed on February 10, 2015, and served

5   on March 27, 2015;

6          WHEREAS, the Parties previously stipulated to a thirty (30) day extension of time for

7   Defendant to answer or otherwise respond to the Complaint pursuant to Civil Local Rule 6-1(a); that

8   stipulation was filed with the Court on April 16, 2015, and the current response date is Monday, May

9   18, 2015.

10          WHEREAS, as set forth below in the Declaration of Robert A. Weikert, the Parties are still

11   engaged in settlement discussions (and have been since the case was filed in February), and hope to

12   arrive at an informal resolution of this matter shortly; and

13          WHEREAS, in light of the active settlement discussions, Defendant would like to avoid the

14   expense of responding to the Complaint, and the Parties would like to avoid the expense of meeting

15   and conferring regarding the initial disclosures, preparing and serving the initial disclosures,

16   preparing and filing the Federal Rule of Civil Procedure 26(f) Report, and appearing at the Initial

17   Case Management Conference;

18          THEREFORE, the Parties hereby stipulate to, and respectfully request, the issuance of an

19   Order from the Court further (1) extending the time for Defendant to respond to the Complaint by

20   another thirty (30) days up to and including June 18, 2015; and (2) continuing for an additional thirty

21   (30) days the June 19, 2015 date of the Initial Case Management Conference, as well as all related

22   dates as set forth in the Court's February 11, 2015 Order Setting Initial Case Management

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

-2-

STIPULATION AND [PROPOSED] ORDER

1    Conference and ADR Deadlines, and its April 22, 2015 Order Continuing Initial Case Management

2    Conference and Related Dates, in order to give the Parties an opportunity to complete their settlement

3    discussions and hopefully reach an informal resolution of this matter.

Respectfully submitted,

6    Dated: May 13, 2015                     LAW OFFICE OF PAUL W. REIDL

8                                            By  */s/ Paul W. Reidl*
                                                Paul W. Reidl

9
                                                Attorneys for Plaintiff
10                                               CENTRAL GARDEN & PET COMPANY

11   Dated: May 13, 2015                     NIXON PEABODY LLP

14                                            By  */s/ Robert A. Weikert*
                                                Robert A. Weikert

15                                               Attorney for Defendant
16                                               WEGMAN'S FOOD MARKETS, INC.

18                           **DECLARATION OF ROBERT A. WEIKERT**

19          1.      I am an attorney at law duly admitted to practice before all courts in the State of

20   California, and a partner at Nixon Peabody LLP, attorney for Defendant Wegman's Food Markets,

21   Inc.  I have personal knowledge of the matters testified to herein.

22          2.      The Parties, through their principals, are currently involved in active discussions to

23   informally resolve this matter.  Those discussions began shortly after the Complaint was filed in

24   February 2015, which is why there was some delay in service of the Complaint.  In order to allow the

25   Parties sufficient time to complete their discussions, which are progressing positively, and without

26   them having to incur additional fees and expenses in the interim, it would assist the process if the

27   Court would further (1) extend the time for Defendant to respond to the Complaint by another thirty

28   (30) days up to and including June 18, 2015; and (2) continue the Initial Case Management

-3-

1  Conference date by another thirty (30) days, as well as the other dates set forth first in the Court's

2  February 11, 2015 Order Setting Initial case Management Conference and ADR Deadlines and

3  thereafter in its April 22, 2015 Order Continuing Initial Case Management Conference and Related

4  Dates.  A proposed Order to this effect is set forth below.

5        3.     The only other time modifications that have occurred to date in the case are the April

6  16, 2015 Stipulation extending the time for Defendant to respond to the Complaint by no more than

7  thirty (30) days, and the Court's April 22, 2015 Order Continuing Initial Case Management

8  Conference and Related Dates.

9        4.     The Parties do not believe that the proposed thirty (30) day extension and continuance

10  that are the subject of the present Stipulation and [Proposed] Order will have any material or other

11  impact on the schedule for the case.  Indeed, the case is still in its infancy and Defendant has of

12  course not yet responded to the Complaint.  Moreover, the requested extension and continuance are

13  necessary in order to permit the Parties to complete their settlement discussions and likely resolve the

14  matter informally.

15        5.     I understand that Plaintiff's counsel is on vacation the week of July 13, 2015.

16      I declare under penalty of perjury under the laws of the state of California that the foregoing

17  is true and correct.

18      Executed this 13th day of May 2015 in San Francisco, California.

19

20                         */s/ Robert A. Weikert*
                         Robert A. Weikert

21  *///*

22  *///*

23  *///*

24  *///*

25  *///*

26  *///*

27  *///*

28  *///*

-4-

STIPULATION AND [PROPOSED] ORDER

1

2                                      **<u>ORDER</u>**   AS MODIFIED

3              Based on the foregoing stipulation and supporting declaration, IT IS HEREBY ORDERED

4       that (1) the deadline for Defendant to respond to the Complaint is further extended by thirty (30) days

5       up to and including June 18, 2015, and (2) the Initial Case Management Conference is continued

6       from 10:00 AM on June 19, 2015 to 10:00 AM on  July 21            , 2015.  The other deadlines set

7       forth first in the Court's February 11, 2015 Order Setting Initial Case Management Conference and

8       ADR Deadlines and thereafter in the April 22, 2015 Order Continuing Initial Case Management

9       Conference and Related Dates are continued accordingly and for the same period of time.

10      Dated:  May _15_, 2015                        _____

                                                       Vince Chhabria
11                                                     United States District Court Judge

12      No further extensions will be granted.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER